# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-00211 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LIONELL HILL, JR. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

This matter was **REFERRED** to United States Magistrate Judge Carol Whitehurst for Report and Recommendation. After an independent review of the record, and noting defendant's waiver of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Lionell Hill, Jr., is **ACCEPTED** and he is finally adjudged guilty of the offense charged in Count One of the Indictment consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of November, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT